UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERRY DAUM,

                Petitioner,

    -against-

RICHARD ERCOLE, Superintendent
GREEN HAVEN CORRECTIONAL
FACILITY,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 00099 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 27 2008 ★

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 20, 2008, dismissing the petition as time-barred; ordering that a Certificate of Appealability will not issue; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purposes of any appeal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition is dismissed as time-barred; that a Certificate of Appealability will not issue; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purposes of any appeal.

Dated: Brooklyn, New York
        March 26, 2008

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court